IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:10cv210

| | |
|---|---|
| MICAH BREDEN and FORESIGHT HOLDINGS, INC., ) ) ) Plaintiffs, ) ) vs. ) ) TC CORRIHER IMPLEMENT ) COMPANY, INC., THEODORE ) CORRIHER, and NATE McABEE, ) ) Defendants. ) _____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the Report of the Mediator [Doc. 24] advising that this case has been completely settled.

The Court will allow the parties thirty (30) days to file a stipulation of dismissal.

**IT IS, THEREFORE, ORDERED** that the parties shall file a stipulation of dismissal within thirty (30) days of the entry of this Order.

**IT IS SO ORDERED.**     Signed: March 30, 2011

Martin Reidinger
United States District Judge